**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

VS  CASE NO.  5:98CR8LAC

MARCNEL ST. GEORGE

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  AUGUST 28, 2007
Motion/Pleadings:  MOTION FOR RELIEF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(6)
Filed by  DEFENDANT PRO SE   on  8/14/2007   Doc.# 463

RESPONSES:

_____  on _____   Doc.# _____
_____  on _____   Doc.# _____

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_____   s/Mary Maloy
LC (1 OR 2)         Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of August, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b) Issue raised could have/should have been raised on direct appeal.*

s/*L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.